1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE #5,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), OFFICER GREG RODRIGUEZ, ACTING WARDEN MICHAEL PALLARES, and DOES 1 to 20,<br><br>Defendants. | Old Case No. 1:23-cv-01226-ADA-SKO<br>New Case No. 1:23-cv-01226-JLT-SAB<br><br>ORDER RELATING CASES |

20      Pursuant to Local Rule 123, the Court finds that the above-captioned action is related

21  under this Court's Local Rule 123 to the matter of *Jane Doe v. Greg Rodriguez, et al.*, Case No.

22  1:22-cv-1569-JLT-SAB, and to the cases that have already been related to *Jane Doe*. The actions

23  involve overlapping parties, properties, claims, events and/or questions of fact or law.

24  Accordingly, assignment of the actions to the same district judge and magistrate judge will

25  promote convenience, efficiency, and economy for the Court and parties. An order relating cases

26  under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate

27  judge, and no consolidation of cases is affected.

28  ///

1

1    Based on good cause, this Court **ORDERS** that the above-captioned action be assigned to

2  U.S. District Judge Jennifer L. Thurston and U.S. Magistrate Judge Stanley A. Boone. Going

3  forward, all documents shall bear the new case number:

4    **1:23-cv-01226-JLT-SAB**

5

6  IT IS SO ORDERED.

7    Dated:   **August 24, 2023**

UNITED STATES DISTRICT JUDGE

2