ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6008
 Fax:  (916) 324-5205
 E-mail:  Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants
State of California, California Department of
Corrections and Rehabilitation and M. Pallares*

Robert L. Chalfant (State Bar No. 203051)
**LAW OFFICE OF ROBERT CHALFANT**
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:     (916) 647-7728
Facsimile:      (916) 930-6093
Email:            robert@rchalfant.com
*Attorney for Plaintiff
 Jane Doe #5*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JANE DOE #5,** <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA, et al.,** <br><br> Defendants. | 1:23-cv-01226-JLT-SAB <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** <br><br> Action Filed:  August 17, 2023 |

1  The parties, by and through their counsels of record, agree and stipulate to a dismissal of
2  this action and all claims and causes of action with prejudice under Federal Rule of Civil
3  Procedure 41(a)(1)(A)(ii).
4  The parties shall bear their own costs and attorneys' fees.
5  It is so stipulated.

6  Dated: November 9, 2023

By:  **/s/ Jeremy Duggan**
Jeremy Duggan
Deputy Attorney General
*Attorney for Defendants*
*State of California, California Dept.*
*of Corrections and Rehabilitation,*
*and M. Pallares*

11  Dated: November 9, 2023

By: **/s/ Robert Chalfant (as authorized on 11/09/23**
Robert Chalfant
*Attorney for Plaintiff*
*Jane Doe #5*

SA2023304504
37612958.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Jane Doe #5 v. State of California, et al.** | No. | **1:23-cv-01226-JLT-SAB** |
|---|---|---|---|

I hereby certify that on <u>November 9, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 9, 2023</u>, at Sacramento, California.

| Y. Pacheco | */s/ Y. Pacheco* |
|---|---|
| Declarant | Signature |

SA2023304504
37658557.docx